## FEDERAL LAND BANK OF COLUMBIA ET AL. v. ATLAS ASSURANCE COMPANY.

(Filed 22 January, 1924.)

APPEAL by plaintiffs from *Lane, J.,* at June Term, 1923, of BUN-COMBE.

Civil action, to recover for loss by fire under a policy of insurance issued by the defendant.

From a judgment of nonsuit, entered at the close of all the evidence, the plaintiffs appeal.

*Mark W. Brown for plaintiffs.*
*Tillett & Guthrie for defendant.*

PER CURIAM. Reversed and remanded, on authority of *Federal Land Bank of Columbia et al. v. Globe and Rutgers Fire Insurance Company, ante,* 97, this day decided.

Reversed.